DANIEL G. BOGDEN
United States Attorney
CRANE M. POMERANTZ
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax:  (702) 388-5087

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:15-mj-000958-NJK |
| Plaintiff, ) | |
| vs. ) | **Stipulation to Continue Preliminary Hearing** |
| JASON ANDRE WILLIS, ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Daniel G. Bogden, United States Attorney, Crane M. Pomerantz, Assistant United States Attorneys, counsel for the United States of America, and Brian D. Pugh, Assistant Federal Public Defender, counsel for defendant Jason Andre Willis, that the preliminary hearing date in the above-captioned matter, currently scheduled for November 30, 2015, at 4:00 pm, be vacated and continued for one week, to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1.   The defendant made his initial appearance on a criminal complaint on November 16, 2015.  The Court set a Preliminary Hearing date of November 30, 2015.  This is the first Monday after the Thanksgiving holiday.  Due to logistical issues resulting from proximity to the holiday, it would be extremely difficult to convene the Grand Jury for its regular Wednesday meeting time.

        2.       Counsel for the defendant is demonstrating significant courtesy in agreeing to continue the preliminary hearing date one week.

        3.       The defendant is incarcerated, but does not object to the continuance.

        4.       Additionally, denial of this request for continuance could result in a Miscarriage of justice. The additional time requested herein is not sought for purposes of delay, but to allow for the Grand Jury to convene.

        6.       The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

DATED this 19th day of November, 2015.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

//s//
_____
BRIAN D. PUGH, AFPD
Counsel for Defendant Wills

//s//
_____
CRANE M. POMERANTZ
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-mj-00958-NJK |
| Plaintiff, | |
| vs. | **FINDINGS OF FACT AND ORDER** |
| JASON ANDRE WILLIS, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant made his initial appearance on a criminal complaint on November 16, 2015. The Court set a Preliminary Hearing date of November 30, 2015. This is the first Monday after the Thanksgiving holiday. Due to logistical issues resulting from proximity to the holiday, it would be extremely difficult to convene the Grand Jury for its regular Wednesday time.

2. Counsel for the defendant is demonstrating significant courtesy in agreeing to continue the preliminary hearing date one week.

3. The defendant is incarcerated, but does not object to the continuance.

        4.      Additionally, denial of this request for continuance could result in a Miscarriage of justice. The additional time requested herein is not sought for purposes of delay, but to allow for the Grand Jury to convene.

        6.      The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

        7.      This is the first request for a continuance of the preliminary hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, and possibly resolve the case prior to the preliminary hearing or an indictment, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendant's consent, pursuant to Federal Rules of Procedure 5.1(d).

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

4

## **ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for November 30, 2015, at the hour of 4:00 pm, be vacated and continued to December 7, 2015, at the hour of 4:00 p.m., in a courtroom to be determined.

DATED 20th day of November, 2015.

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE